IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
No. 5:13-CR-261-D

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| ROBERT MACK RICHARDSON, ) | |
| ) | |
| Defendant. ) | |

Robert Mack Richardson ("Richardson" or "defendant") moved reduction of sentence pursuant to 18 U.S.C. § 3582(c)(2), U.S.S.G. § 1B1.10, and Amendment 782. See [D.E. 69]. On November 2, 2018, Mitchell was released from the Bureau of Prisons. See Find an Inmate, Federal Bureau of Prisons, https://www.bop.gov/inmateloc/ (search name field for "Robert Mack Richardson") (last visited August 27, 2021). In light of defendant's release, the motion for a reduction of sentence [D.E. 69] is DISMISSED AS MOOT.

SO ORDERED. This 31 day of August, 2021.

JAMES C. DEVER III
United States District Judge